[Civ. No. 6399.  First Appellate District, Division Two.—May 28, 1928.]

ARATA & PETERS, INC. (a Corporation), Appellant, v. SNOW MOUNTAIN WATER & POWER COMPANY (a Corporation) et al., Respondents.

W. T. Plunkett for Appellant.

Max Thelen, Benjamin C. Jones, Thelen & Marrin and Pillsbury, Madison & Sutro for Respondents.

THE COURT.— This action involves a similar lien for the same supplies covered by case No. 6397, *ante*, p. 227 [267 Pac. 932], and, upon the authority of that decision, the judgment herein is affirmed.

A petition by appellant to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on July 26, 1928.

[Civ. No. 6398.  First Appellate District, Division Two.—May 28, 1928.]

ARATA & PETERS, INC. (a Corporation), Appellant, v. SNOW MOUNTAIN WATER & POWER COMPANY (a Corporation) et al., Respondents.

W. T. Plunkett for Appellant.

Max Thelen, Benjamin C. Jones, Thelen & Marrin and Pillsbury, Madison & Sutro for Respondents.

THE COURT.— This action involves a similar lien for the same supplies covered by case No. 6397, *ante*, p. 227 [267 Pac. 932], and, upon the authority of that decision, the judgment herein is affirmed.

A petition by appellant to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on July 26, 1928.

All the Justices present concurred.

[Civ. No. 6075. First Appellate District, Division Two.—June 2, 1928.]

PREMIER MACHINERY CO. (a Corporation), Respondent, v. M. G. SHAMGOCHIAN, etc., et al., Appellants.

Carl E. Lindsay and Lindsay & Conley for Appellants.

E. A. Douthitt, Dudley D. Sales and Theodore M. Stuart for Respondent.

THE COURT.— On authority of *Oscar Krenz Copper & Brass Works, Inc.*, v. *Shamgochian et al.*, *ante*, p. 367 [268 Pac. 488], the judgment is affirmed.